152 So.2d 565

### Ex parte H. G. POINTER

v.

### The STATE of Louisiana et al.

No. 46762.
May 14, 1963.

In re: H. G. Pointer applying for writ of mandamus.

Writ refused. According to the return of the District Attorney, the detainer complained of has been withdrawn.

152 So.2d 565

### DEPENDABLE REFRIGERATION, INC.

v.

### Joseph G. WENZEL, Jr.

No. 46760.

May 14, 1963.

In re: Dependable Refrigeration, Inc., applying for writs of certiorari, prohibition, mandamus and review.

Writs refused. The showing made by relator does not warrant the exercise by this Court of its supervisory jurisdiction.